Lauren Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>Defendant. | No. 2:25-cv-00440<br><br>VERIFICATION OF STATE COURT RECORDS AND PROCEEDINGS |

I am counsel to Hanesbrands Inc. I hereby verify that the documents attached as **Exhibit A** include true and complete copies of all the records and proceedings filed in the state court action, Case No. 25-2-04876-32 in the Superior Court of Washington for Spokane County.

//

//



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 5th day of November, 2025.

DAVIS WRIGHT TREMAINE LLP

By *s/ Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206-622-3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: caleahwhitten@dwt.com

*Attorneys for Hanesbrands Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of November, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and I hereby certify that a copy was emailed and mailed by United States Postal Service to the following counsel.

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *pro hac vice* forthcoming
STRAUSS BORRELLI, LLP
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: 872-263-1100
E-mail: sam@straussborrelli.com
E-maill: raina@straussborrelli.com

Lyn A. Toops, *pro hac vice* forthcoming
Natalie A. Lyons, *pro hac vice* forthcoming
Ian R. Bensberg, *pro hac vice* forthcoming
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: 317-636-6481
E-mail: ltoops@chenmalad.com
E-mail: nlyons@chenmalad.com
E-maill: ibensberg@chenmalad.com

J. Gerard Stranch, IV, *pro hac vice* forthcoming
Michael C. Tackeff, *pro hac vice* forthcoming
Andrew Murray
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: 615-254-8801
E-mail: gstranch@stranchlaw.com
E-maill: mtackeff@stranchlaw.com
E-mail: amurray@stranchlaw.com

*Attorneys for Plaintiff*



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 5th day of November, 2025.

By s/ *Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625



Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax