Lauren Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Ardie Ermac, WSBA #60755
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>Defendant. | No. 2:25-cv-00440-SAB<br><br>STIPULATION AND [PROPOSED] ORDER FOR OVERLENGTH BRIEFING ON MOTION TO DISMISS<br><br>January 2, 2026<br>Without Oral Argument |

## STIPULATED MOTION

Plaintiff Jessica L. Jackson and Defendant Hanesbrands Inc. (collectively, the "Parties"), by and through their counsel of record, stipulate and agree, subject to the Court's approval, as follows:

1. Plaintiff initiated this lawsuit on October 2, 2025 in the Superior Court for Spokane County and effected service on Defendant's registered agent on October 7, 2025. Dkt. 1, Ex. A

STIP. MOT. AND [PROPOSED] ORDER FOR
OVERLENGTH BRIEFING - 1
No. 2:25-cv-00440-SAB

2. Defendant timely removed this action to this Court on November 5, 2025.

3. Per the parties' stipulated motion and Court's order, Defendant's response to Plaintiff's Complaint is due December 12, 2025. *See* Dkts. 8 & 12.

4. Defendant intends to respond to Plaintiff's Complaint by filing a Motion to Dismiss that will raise federal preemption, constitutional, and merits challenges under Rule 12(b)(6). Defendant believes that it cannot present these arguments within the 20 pages allotted under the Local Civil Rules. Defendant believes that it requires 8,400 words to present its arguments effectively and that Plaintiff should be allotted a reciprocal number of words to respond to Defendant's arguments.

5. The parties agree, subject to the Court's approval, that the parties may file briefs of the following length:

   a. Defendant's Motion to Dismiss: 8,400 words.

   b. Plaintiff's Response to Defendant's Motion to Dismiss: 8,400 words.

   c. Defendant's Reply in Support of its Motion to Dismiss: 4,200 words.

6. This case, as it relates to Defendant's forthcoming Motion to Dismiss above, meets the Court's requirement of "good cause" meriting overlength briefs because of the number and complexity of legal issues it implicates and the defenses Defendant intends to assert.

///

///

STIP. MOT. AND [PROPOSED] ORDER FOR
OVERLENGTH BRIEFING - 2
No. 2:25-cv-00440-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 3rd day of December, 2025.

| STRAUSS BORRELLI, LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| *s/ Samuel J. Strauss* | *s/ Lauren B. Rainwater* |
| Samuel J. Strauss, WSBA #46971 | Lauren B. Rainwater, WSBA #43625 |
| Raina C. Borrelli, *pro hac vice* forthcoming | Rachel Herd, WSBA #50339 |
| | Caleah Whitten, WSBA#60209 |
| STRAUSS BORRELLI, LLP | Ardie Ermac, WSBA #60755 |
| 980 N. Michigan Avenue, Suite 1610 | E-mail: laurenrainwater@dwt.com |
| Chicago, IL 60611 | E-mail: rachelherd@dwt.com |
| Tel.: 872-263-1100 | E-mail: caleahwhitten@dwt.com |
| E-mail: sam@straussborrelli.com | E-mail: ardieermac@dwt.com |
| E-mail: raina@straussborrelli.com | 920 Fifth Avenue, Suite 3300 |
| | Seattle, Washington 98104-1610 |
| Lynn A. Toops, *pro hac vice* forthcoming | Telephone: (206) 622-3150 |
| Natalie A. Lyons, *pro hac vice* forthcoming | Facsimile: (206) 757-7700 |
| Ian R. Bensberg, *pro hac vice* forthcoming | *Attorneys for Hanesbrands, Inc.* |
| COHENMALAD, LLP | |
| One Indiana Square, Suite 1400 | |
| Indianapolis, IN 46204 | |
| Tel.: 317-636-6481 | |
| E-mail: ltoops@cohenmalad.com | |
| E-mail: nlyons@cohenmalad.com | |
| E-mail: ibensberg@cohenmalad.com | |
| | |
| Gerard J. Stranch, IV, *pro hac vice* forthcoming | |
| Michael C. Tackeff, *pro hac vice* | |
| Andrew K. Murray, *pro hac vice* forthcoming | |
| STRANCH, JENNINGS & GARVEY, PLLC | |

STIP. MOT. AND [PROPOSED] ORDER FOR OVERLENGTH BRIEFING - 3
No. 2:25-cv-00440-SAB

1  223 Rosa L. Parks Avenue, Suite 200
   Nashville, TN 37203
2  Tel.: 615-254-8801
   E-mail: gstranch@stranchlaw.com
3  E-mail: mtackeff@stranchlaw.com
   *Attorneys for Plaintiff*
4  *Jessica L. Jackson*

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

STIP. MOT. AND [PROPOSED] ORDER FOR
OVERLENGTH BRIEFING - 4
No. 2:25-cv-00440-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

## [PROPOSED] ORDER

For good cause shown to the Court, the parties' Stipulated Motion for Overlength Briefing on Motion to Dismiss is GRANTED. The parties may file briefs of the following length:

    a. Defendant's Motion to Dismiss: 8,400 words.

    b. Plaintiff's Response to Defendant's Motion to Dismiss: 8,400 words.

    c. Defendant's Reply in Support of its Motion to Dismiss: 4,200 words.

IT IS SO ORDERED.

DATED this ___ day of December, 2025.

_____
Honorable Stanley A. Bastian, Chief Judge
United States District Court Judge

STIP. MOT. AND [PROPOSED] ORDER FOR OVERLENGTH BRIEFING - 5
No. 2:25-cv-00440-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax