HON. CHIEF JUDGE STANLEY A BASTIAN

Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com

*Of Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
# AT YAKIMA

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>Defendant. | Case No. 2:25-cv-00440-SAB<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND BRIEFING ON MOTION TO DISMISS AND CONTINUE HEARING**<br><br>NOTING DATE: JANUARY 22, 2026 WITHOUT ORAL ARGUMENT |

## STIPULATED MOTION

Plaintiff Jessica L. Jackson and Defendant Hanesbrands Inc. (collectively, the "Parties"), by and through their counsel of record, move the Court for an order to extend the briefing schedule on Motion to Dismiss and continue the hearing (the "Stipulated Motion for Extended Briefing"). Plaintiff filed the Complaint in this action on October 2, 2025, in the Superior Court for Spokane County, Case No. 25-

2-04876-32. Dkt. 1, Ex. B. Plaintiff served the Summons and Complaint on Defendant's registered agent on October 7, 2025. Dkt. 1, Ex. A. Defendant removed the action to this Court on November 5, 2025. Per the parties' stipulated motion and Court's order, Defendant Hanesbrands, Inc. filed its Motion to Dismiss on December 12, 2025. Dkt. 16.

Presently, in accordance with the Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court for the Eastern District of Washington, Plaintiff's deadline to respond to Defendant's Motion to Dismiss is January 2, 2026. The Parties stipulate and agree to the below extended briefing schedule because 1) Plaintiff's counsel will need extra time beyond January 2, 2026, to adequately research and prepare a comprehensive response to Defendant's Motion to Dismiss; and 2) undersigned counsel has an unusually heavy schedule of pre-existing deadlines and commitments in other cases in addition to office closures with the upcoming holidays.

| Event | Old Deadline | Proposed Revised Deadline |
|---|---|---|
| Plaintiff's deadline to file a Response in opposition to the Motion to Dismiss | January 2, 2026 | *January 23, 2026* |
| Defendant's deadline to file a reply in further support of its Motion to Dismiss | January 16, 2026 | *February 20, 2026* |
| Hearing on Motion to Dismiss | February 17, 2026, at 9am via videoconference | *February 24, 2026, at 9am via videoconference* |

There is good cause to grant this Stipulated Motion for Extended Briefing as stated above. In accordance with LCivR 7(b)(2), this request is made prior to the hearing in writing and shall serve as the notice of hearing on Defendant's Motion to Dismiss. This stipulated schedule will only require a one-week continuation of the scheduled hearing on the Motion to Dismiss.

RESPECTFULLY SUBMITTED THIS 23rd DAY OF DECEMBER, 2025.

| | |
|---|---|
| /s/Samuel J. Strauss | /s/Caleah N. Whitten |
| Samuel J. Strauss WSBA #46971 | Lauren B. Rainwater, WSBA #43625 |
| Raina C. Borrelli* | Rachel Herd, WSBA #50339 |
| **STRAUSS BORRELLI PLLC** | Caleah N. Whitten, WSBA #60209 |
| 980 N. Michigan Avenue, Suite 1610 | Ardie Ermac, WSBA #60755 |
| Chicago, IL 60611 | **DAVIS WRIGHT TREMAINE LLP** |
| Tel.: (872) 263-1100 | 920 Fifth Avenue, Suite 3300 |
| sam@straussborrelli.com | Seattle, Washington 98104-1610 |
| raina@straussborrelli.com | Telephone: (206) 622-3150 |
| | Facsimile: (206) 757-7700 |
| Lynn A. Toops* | laurenrainwater@dwt.com |
| Natalie A. Lyons* | rachelherd@dwt.com |
| Ian R. Bensberg* | caleahwhitten@dwt.com |
| **COHENMALAD, LLP** | ardieermac@dwt.com |
| One Indiana Square, Suite 1400 | |
| Indianapolis, IN 46204 | **Counsel for Hanesbrands Inc.** |
| Tel.: (317) 636-6481 | |
| ltoops@cohenmalad.com | |
| nylons@cohenmalad.com | |
| ibensberg@cohenmalad.com | |

*applications* pro hac vice *forthcoming*

**Counsel for Plaintiff**

**[PROPOSED] ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby ORDERS that Plaintiff's deadline to file a response to Defendant's Motion to Dismiss is extended to January 23, 2026, and Defendant's deadline to file a reply brief in further support of its Motion to Dismiss is extended to February 20, 2026.

The hearing on Defendant's Motion to Dismiss, Dkt. 16, is hereby reset to February 24, 2026, at 9:00AM via videoconference.

IT IS SO ORDERED.

DATED this ___ day of December, 2025.

_____
Honorable Stanley A. Bastian, Chief Judge
United States District Court