HON. CHIEF JUDGE STANLEY A BASTIAN

Samuel J. Strauss
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com

*Of Attorneys for Plaintiff*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF WASHINGTON
### AT YAKIMA

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>   Defendant. | Case No. 2:25-cv-00440-SAB<br><br>**STIPULATED MOTION AND [PROPOSED] ORDER TO EXPEDITE HEARING ON STIPULATED MOTION TO EXTEND BRIEFING ON MOTION TO DISMISS AND CONTINUE HEARING**<br><br>NOTING DATE: DECEMBER 30, 2025 WITHOUT ORAL ARGUMENT |

### STIPULATED MOTION

Plaintiff Jessica L. Jackson and Defendant Hanesbrands Inc. (collectively, the "Parties"), by and through their counsel of record, move the Court for an order expediting hearing the Parties' Motion to Extend Briefing on Motion to Dismiss and Continue Hearing (the "Stipulated Motion for Extended Briefing").

1     Presently, in accordance with the Federal Rules of Civil Procedure and the
2 Local Civil Rules for the United States District Court for the Eastern District of
3 Washington, Plaintiff's deadline to respond to Defendant's Motion to Dismiss is
4 January 2, 2026. The Parties have simultaneously filed a Stipulated Motion and
5 proposed briefing schedule for the following reasons: 1) Plaintiff's counsel will need
6 extra time beyond January 2, 2026, to adequately research and prepare a
7 comprehensive response to Defendant's Motion to Dismiss; and 2) undersigned
8 counsel has an unusually heavy schedule of pre-existing deadlines and commitments
9 in other cases in addition to office closures with the upcoming holidays. The Parties
10 have stipulated and agreed on the following briefing schedule as proposed in the
11 Stipulated Motion to Extend Briefing on Motion to Dismiss and Continue Hearing:

| Event | Old Deadline | *Proposed Revised Deadline* |
|---|---|---|
| Plaintiff's deadline to file a Response in opposition to the Motion to Dismiss | January 2, 2026 | *January 23, 2026* |
| Defendant's deadline to file a reply in further support of its Motion to Dismiss | January 16, 2026 | *February 20, 2026* |
| Hearing on Motion to Dismiss | February 17, 2026, at 9am via videoconference | *February 24, 2026, at 9am via videoconference* |

    There is good cause to grant this Stipulated Motion to Expedite. Under the Local Civil Rules, the hearing date on the Stipulated Motion to Extend Briefing on Motion to Dismiss and Continue Hearing is January 22, 2026, which is beyond

STIPULATED MOTION AND ORDER TO EXPEDITE

*Jackson v. Hanesbrands, Inc.*
- 2 -

Plaintiff's January 2, 2026, response deadline. Accordingly, time is of the essence, requiring an expedited hearing.

RESPECTFULLY SUBMITTED THIS 23rd DAY OF DECEMBER, 2025.

/s/Samuel J. Strauss
Samuel J. Strauss WSBA #46971
Raina C. Borrelli*
**STRAUSS BORRELLI PLLC**
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel.: (872) 263-1100
sam@straussborrelli.com
raina@straussborrelli.com

Lynn A. Toops*
Natalie A. Lyons*
Ian R. Bensberg*
**COHENMALAD, LLP**
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
ltoops@cohenmalad.com
nylons@cohenmalad.com
ibensberg@cohenmalad.com

*applications* pro hac vice *forthcoming*

**Counsel for Plaintiff**

/s/Caleah N. Whitten
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Ardie Ermac, WSBA #60755
**DAVIS WRIGHT TREMAINE LLP**
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
laurenrainwater@dwt.com
rachelherd@dwt.com
caleahwhitten@dwt.com
ardieermac@dwt.com

**Counsel for Hanesbrands Inc.**

**[PROPOSED] ORDER**

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby and hereby shortens the time to hear the parties' Stipulated Motion to Extend Briefing on Motion to Dismiss and Continue Hearing.

IT IS SO ORDERED.

DATED this ___ day of December, 2025.

 _____
 Stanley A. Bastian, Chief Judge
 United States District Court