FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 29, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HANESBRANDS, INC.,<br><br>    Defendant. | No. 2:25-CV-00440-SAB<br><br>**ORDER EXTENDING DEADLINES FOR BRIEFING AND CONTINUING HEARING** |

Before the Court is the parties' Stipulated Motion to Extend Briefing on Motion to Dismiss and Continue Hearing, ECF No 19, and related Motion to Expedite, ECF No. 20. Plaintiff is represented by Michael C. Tackeff and Samuel J. Strauss. Defendant is represented by Ardie Ermac, Caleah N. Whitten, Lauren Rainwater, and Rachel Herd. The motions were considered without oral argument.

The parties request the Court extend the response and reply briefing deadlines and hearing date regarding Defendant's Motion to Dismiss, ECF No. 16, due to existing conflicts and the holiday schedule. The Court finds good cause to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Motion to Expedite, ECF No. 20, is **GRANTED**.

//

ORDER EXTENDING DEADLINES FOR BRIEFING AND CONTINUING HEARING * 1

2. The parties' Stipulated Motion to Extend Briefing on Motion to Dismiss and Continue Hearing, ECF No. 19, is **GRANTED**.

3. Plaintiff's deadline to file a Response in opposition to the Motion to Dismiss is **RESET** to January 23, 2026.

4. Defendant's deadline to file a reply in further support of its Motion to Dismiss is **RESET** to February 20, 2026.

5. The Hearing on the Motion to Dismiss set for February 17, 2026, is **RESET** for **March 26, 2026**, at **11:00 a.m.** over **videoconference**.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide copies to Counsel.

**DATED** this 29th day of December 2025.



Stan Bastian
Chief United States District Judge

**ORDER EXTENDING DEADLINES FOR BRIEFING AND CONTINUING HEARING * 2**