1  NICHOLAS W. BROWN
   Attorney General of Washington
2  BEN BRYSACZ, WSBA #54683
   ROBERT HYDE, WSBA #33593
3  Assistant Attorneys General
   800 Fifth Avenue, Suite 2000
4  Seattle, WA 98104-3188
   206-464-7744
5

6  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF WASHINGTON**
7

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Proposed Plaintiff Intervenor,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>Defendant. | NO. 2:25-cv-00440-SAB<br><br>STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C § 2403(b)<br><br>02/09/2026<br>Without Oral Argument |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.060.

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) - 1

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

1  Defendant Hanesbrands, Inc.'s Motion to Dismiss (Dkt. 16) argues that CEMA
2  violates the dormant Commerce Clause and is preempted by federal law pursuant
3  to the Supremacy Clause. On December 12, 2025, Defendant filed and served
4  notice of the constitutional challenge pursuant to Federal Rule of
5  Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 17.

6  Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to
7  intervene . . . on the question of constitutionality." "Unless the court sets a later
8  time, the attorney general may intervene within 60 days after the notice is filed . . . .
9  Before the time to intervene expires, the court may reject the constitutional
10 challenge, but may not enter a final judgment holding the statute unconstitutional."
11 Fed. R. Civ. P. 5.1(c).

12 The State is prepared to file its substantive brief in opposition to Defendant's
13 Motion to Dismiss (Dkt. 16) by February 10, 2026.

14 Under the Court's Order extending deadlines for briefing on Defendant's
15 Motion to Dismiss (Dkt. 21), Defendant's deadline to file its reply to Plaintiff's
16 opposition is February 20, 2026. To avoid duplicative filings and unnecessary
17 burden on Defendant and the Court, the parties agree and stipulate that Defendant
18 may file a combined reply to Plaintiff's and the State's respective briefs in
19 opposition to the Motion to Dismiss. The parties stipulate, subject to Court
20 approval, that Defendant's combined reply will be due March 20, 2026, and that

21
22

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P.
5.1 AND 28 U.S.C. § 2403(b) - 2

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

1  Defendant will receive an expanded page limit of 15 pages to accommodate its
2  need to respond to two separate briefs in a combined reply.
3      IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

4  Dated: January 8, 2026      NICHOLAS W. BROWN
                                Attorney General
5

6                               *s/ Ben Brysacz*
                                BEN BRYSACZ, WSBA #54683
7                               Assistant Attorney General

8                               *s/ Robert Hyde*
                                ROBERT HYDE, WSBA #33593
9                               Assistant Attorney General

10                              Attorneys for Movant State of
                                Washington
11                              800 Fifth Avenue, Suite 2000
                                Seattle, WA 98104
12                              206-474-7744
                                ben.brysacz@atg.wa.gov
13                              robert.hyde@atg.wa.gov
14

15 Dated: January 8, 2026     STRAUSS BORRELLI, LLP

16                              *s/ Samuel J. Strauss (with permission)*
17                              Samuel J. Strauss, WSBA #46971
                                Raina C. Borrelli*
18                              980 N Michigan Avenue, Suite 1610
                                Chicago, IL 60611
19                              Tel.: 872-263-1100
                                E-mail: sam@straussborrelli.com
20                              E-mail: raina@straussborrelli.com
21
22

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) - 3

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

| | |
|---|---|
| 1 | Lynn A. Toops* |
| 2 | Natalia A. Lyons* |
|   | Ian R. Bensberg |
| 3 | COHENMALAD, LLP |
|   | One Indiana Square, Suite 1400 |
| 4 | Indianapolis, IN 46204 |
|   | Tel.: 317-636-6481 |
| 5 | E-mail: ltoops@cohenmalad.com |
|   | E-mail: nlyons@cohenmalad.com |
| 6 | E-mail: ibensberg@cohenmalad.com |
| 7 | Gerard J. Stranch, IV* |
|   | Michael C. Tackeff* |
| 8 | Andrew K. Murray* |
| 9 | STRANCH, JENNINGS & GARVEY, PLLC |
| 10 | 223 Rosa L. Parks Avenue, Suite 200 |
|    | Nashville, TN 37203 |
| 11 | Tel.: 615-254-8801 |
| 12 | E-mail: gstranch@stranchlaw.com |
|    | E-mail: mtackeff@stranchlaw.com |
| 13 | E-mail: amurray@stranchlaw.com |
| 14 | *Applications *pro hac vice* forthcoming |

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) - 4

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

| | | |
|---|---|---|
| 1 | Dated: January 8, 2026 | DAVIS WRIGHT TREMAINE LLP |

Dated: January 8, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ Lauren B. Rainwater (with permission)*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #60209
Caleah N. Whitten, WSBA #60209
Ardie Ermac, WSBA #60755
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Facsimile: (206) 757-7700
laurenrainwater@dwt.com
rachelherd@dwt.com
caleahwhitten@dwt.com
ardieermarc@dwt.com

*I certify that this memorandum contains 315 words, in compliance with the Local Civil Rules.*

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P.
5.1 AND 28 U.S.C. § 2403(b) - 5

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

1

**[PROPOSED] ORDER**

2
PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
Dated this __ day of _____, _____.

4

5
_____
THE HONORABLE CHIEF JUDGE STANLEY A. BASTIAN
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

STATE OF WASHINGTON'S STIPULATED
MOTION AND [PROPOSED] ORDER RE
INTERVENTION UNDER FED. R. CIV. P.
5.1 AND 28 U.S.C. § 2403(b) - 6

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744

# CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

1. Michael C. Tackeff
2. Samuel J. Strauss
3. Ardie Ermac
4. Caleah N. Whitten
5. Lauren Rainwater
6. Rachel Herd

DATED this 8th day of January, 2026, at Seattle, Washington.

*s/ Ben Brysacz*
BEN BRYSACZ
Assistant Attorney General

STATE OF WASHINGTON'S STIPULATED MOTION AND [PROPOSED] ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b) - 7

ATTORNEY GENERAL OF WASHINGTON
Consumer Protection Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
206-464-7744