FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 10, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Proposed Plaintiff Intervenor,

v.

HANESBRANDS, INC.,

Defendant.

No. 2:25-CV-0440-SAB

**ORDER GRANTING MOTION TO INTERVENE**

Before the Court is the State of Washington's Stipulated Motion to Intervene, ECF No. 22, and related Motion to Expedite, ECF No. 24. Plaintiff Jessica L. Jackson is represented by Michael C. Tackeff and Samuel J. Strauss. Proposed Intervenor Plaintiff State of Washington is represented by Robert A. Hyde and Benjamin Brysacz. Defendant is represented by Ardie Ermac, Caleah N. Whitten, Lauren Rainwater, and Rachel Herd. The motions were considered without oral argument.

Proposed Intervenor Plaintiff requests the Court grant permission to intervene in the above-captioned matter pursuant to Fed. R. Civ. P. 24(a) and (b),

**ORDER GRANTING MOTION TO INTERVENE** * 1

for the limited purpose of allowing it to defend the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.060. Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted]… to intervene… on the question of constitutionality."

The parties stipulate and agree that Defendant may file a combined reply to Plaintiff's and the State's respective briefs in opposition to Defendant's Motion to Dismiss, ECF No. 16, by March 20, 2026, and that Defendant will receive an expanded page limit of 15 pages to accommodate its reply.

The Court finds good cause to grant the motions.

Accordingly, **IT IS HEREBY ORDERED**:

1.     State of Washington's Stipulated Motion to Intervene, ECF No. 22, and related Motion to Expedite, ECF No. 24, are **GRANTED**.

2.     The State of Washington is permitted to intervene as a Plaintiff in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.060.

3.     Defendant shall file a 15-page combined reply to Plaintiff's and the State's respective briefs in opposition to Defendant's Motion to Dismiss, ECF No. 16, on or before **March 20, 2026**.

//
//
//
//
//
//
//
//
//

**ORDER GRANTING MOTION TO INTERVENE * 2**

4.      The hearing on Defendant's Motion to Dismiss, ECF No. 16, set for March 26, 2026, is **RESET** for **April 23, 2026**, at **1:30 p.m.** over **videoconference**. Court staff will provide call-in details by email one week before the hearing.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 10th day of February 2026.



Stan Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO INTERVENE * 3**