Lauren Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
Ardie Ermac, WSBA #60755
Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206.622.3150
Facsimile: 206.757.7700

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON
AT YAKIMA

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HANESBRANDS, INC.,<br><br>Defendant. | No. 2:25-cv-00440-SAB<br><br>NOTICE OF WITHDRAWAL OF ARDIE ERMAC |

TO:         The Clerk of the Court;

AND TO:    All Parties and Counsel of Record.

PLEASE TAKE NOTICE that Ardie Ermac of Davis Wright Tremaine LLP hereby withdraws as attorney for Defendant Hanesbrands, Inc., Inc. in the above-entitled action.

Lauren B. Rainwater, Rachel Herd, and Caleah Whitten of Davis Wright Tremaine LLP will continue to represent Defendant Hanesbrands, Inc. in this action.

NOTICE OF WITHDRAWAL OF ARDIE ERMAC - 1
No. 2:25-cv-00440-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 14th day of April, 2026.

WITHDRAWING AS COUNSEL:

DAVIS WRIGHT TREMAINE LLP

*s/ Ardie Ermac*

Ardie Ermac, WSBA #60755
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Email:   ardieermac@dwt.com

**CONTINUING AS COUNSEL:**

DAVIS WRIGHT TREMAINE LLP

Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Caleah N. Whitten, WSBA #60209
920 Fifth Avenue, Suite 3300
Seattle, Washington 98104-1610
Telephone: (206) 622-3150
Email:   laurenrainwater@dwt.com
Email:   rachelherd@dwt.com
Email:   caleahwhitten@dwt.com

*Attorneys for Hanesbrands Inc.*

NOTICE OF WITHDRAWAL OF ARDIE ERMAC - 2
No. 2:25-cv-00440-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of April, 2026, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which in turn automatically generated a Notice of Electronic Filing ("NEF") to all parties in the case who are registered users of the CM/ECF system. The NEF for the foregoing specifically identifies recipients of electronic notice. There are no non-CM/ECF participants for which service by other means is required.

DATED this 14th day of April, 2026.


By  s/ *Ardie Ermac*
Ardie Ermac, WSBA #60755

NOTICE OF WITHDRAWAL OF ARDIE ERMAC - 3
No. 2:25-cv-00440-SAB

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax