FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>HANESBRANDS, INC.,<br><br>      Defendant. | No. 2:25-CV-00440-SAB<br><br>**ORDER DENYING MOTION FOR PROTECTIVE ORDER** |

Before the Court is the parties' Stipulated Motion for Protective Order, ECF No. 42. Plaintiff is represented by Michael C. Tackeff and Samuel J. Strauss. Defendant is represented by Caleah N. Whitten, Lauren Rainwater, and Rachel Herd. The motion was considered without oral argument.

The parties request the Court sign a Protective Order that was drafted and agreed to by the parties. It is this Court's practice to not enter general Protective Orders that simply set forth the parties' agreement for handling "confidential" materials.

The parties are free to contract between themselves regarding disclosure of information produced in discovery and pursue appropriate remedies in the event of breach; however, the Court will not be party to such an agreement. If, in the future, the parties wish to file specific items of discovery in the court record and protect

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 1**

such items from public access, the Court will entertain motions to seal or redact such materials.

Accordingly, **IT IS HEREBY ORDERED**:

1.    The parties' Stipulated Motion for Protective Order, ECF No. 42, is **DENIED**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order and provide copies to counsel.

**DATED** this 17th day of June 2026.



Stan Bastian
Chief United States District Judge

**ORDER DENYING MOTION FOR PROTECTIVE ORDER * 2**