FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 28, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JESSICA L. JACKSON, on her own behalf and on behalf of others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>HANESBRANDS INC,<br><br>   Defendant. | No. 2:25-CV-00440-SAB<br><br>**ORDER STRIKING SCHEDULING CONFERENCE; SETTING BRIEFING SCHEDULE** |

Before the Court is the parties' Joint Status Report, ECF No. 47. Plaintiff is represented by Lynn A. Toops, Michael C. Tackeff, and Samuel J. Strauss. Defendant is represented by Caleah N. Whitten, Lauren Rainwater, and Rachel Herd.

The parties indicate they wish to engage in pre-class certification discovery prior to submitting their briefing on the issue of class certification. The parties further provide preferred timelines for briefing and scopes for pre-class certification discovery.

Accordingly, **IT IS HEREBY ORDERED**:

1. The Scheduling Conference set for July 30, 2026, is **STRICKEN**.

2. Plaintiff shall file her Motion for Class Certification on or before **March 15, 2027**.

**ORDER STRIKING SCHEDULING CONFERENCE, SETTING BRIEFING SCHEDULE * 1**

3.	Defendant shall file its response memorandum on or before **April 14, 2027**.

4.	Plaintiff shall file a reply memorandum, if any, on or before **April 29, 2027**.

5.	The Motion for Class Certification will be heard on **May 20, 2027**, without oral argument.

6.	Prior to briefing on the Motion for Class Certification, discovery shall be limited to the named Plaintiff's individual claims and issues relevant to class certification. *See* Fed. R. Civ. P. 23(c)(1)(A), Advisory Committee Note (2003) (prior to class certification, discovery should be controlled and limited to issues relevant to certification).

**IT IS SO ORDERED.** The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and set case management deadlines accordingly.

**DATED** this 28th day of July 2026.

Stan Bastian
Chief United States District Judge

**ORDER STRIKING SCHEDULING CONFERENCE, SETTING BRIEFING SCHEDULE \* 2**